**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH DAKOTA**

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In Re: | Bankruptcy Case No. 09-10188 |
| | Chapter 7 |
| KEITH ALLEN TULOWETZKE | |
| SSN/ITIN: xxx-xx-4899 | |
| | CERTIFICATE OF SERVICE |
| Debtor | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

I hereby certify that on October 9, 2009, I served true copies of the Reaffirmation Agreement between the Debtor and Aberdeen Federal Credit Union on the following parties as listed below by first class mail, postage prepaid.

| | |
|---|---|
| Aberdeen Federal Credit Union | Keith Tulowetzke |
| PO Box 1495 | 925 S. 10th St. |
| Aberdeen, SD  57402-1495 | Aberdeen, SD  57401 |

Dated this 9th day of October, 2009.

/s/ Charles A. Bensen
Charles A. Bensen - Assistant